Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Golden State FC LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DION FOX, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN STATE FC LLC, a Delaware Limited Liability Company d/b/a AMAZON FULFILLMENT SERVICES, INC.; Doe 1, an individual; and Does 2-20, inclusive, <br><br> Defendant. | Case No. 5:18-CV-02066-JFW (KKx) <br><br> ORDER GRANTING DISMISSAL |

The parties have filed a joint motion to dismiss this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court grants the motion and dismisses the case with prejudice. Each party shall bear its own respective attorney's fees and costs.

DATE: May 10, 2019

*/s/ John F. Walter*
Hon. John F. Walter
U.S. District Court Judge